266 So.2d 328

In re Joseph Raymond HARMON

v.

STATE.

Ex parte STATE of Alabama
ex rel. ATTORNEY GENERAL.

7 Div. 938.

Supreme Court of Alabama.

Aug. 31, 1972.

William J. Baxley, Atty. Gen., and J. Victor Price, Jr., Asst. Atty. Gen., for the State, petitioner.

No brief for respondent.

SOMERVILLE, Justice.

Petition of the State by its Attorney General for Certiorari to the Court of

Criminal Appeals to review and revise the judgment and decision of that Court in Harmon v. State, 266 So.2d 325.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD and MADDOX, JJ., concur.